Newman, Circuit Judge, dissenting.
For the reasons stated in my dissent in the concurrently heard case, Moda Health Plan, Inc. v. United States , No. 17-1994, the ruling of the Court of Federal Claims should be reversed.
The panel majority concedes that the government has a statutory obligation to make risk corridors payments to Land of Lincoln Mutual Health Insurance Company. That obligation has not been altered by statute or regulation. The Court of Federal Claims erred in its statutory interpretation, and in its conclusion that the government need not meet the obligations by which it induced the nation's health insurers to implement the Affordable Care Act. I respectfully dissent from my colleagues' endorsement of this flawed ruling.